H.L. PETERS, INC., et al., Respondents, v GEORGE D. WILSON, JR., et al., Defendants, and FEDDERS CORPORATION, Appellant. (Appeal No. 10.)

(Appeal from Order of Supreme Court, Erie County, Doyle, J. —Summary Judgment.) Present—Boomer, J. P., Pine, Balio, Lawton and Davis, JJ.

RELIABLE WASTE MATERIALS CO., INC., Respondent, v GERALD MALACHOWSKI et al., Defendants, and FEDDERS CORPO- RATION, Appellant. (Appeal No. 11.)

(Appeal from Order of Supreme Court, Erie County, Doyle, J.—Summary Judgment.) Present—Boomer, J. P., Pine, Balio, Lawton and Davis, JJ.

UNITED SERVICES AUTOMOBILE ASSOCIATION, as Subro- gee of WILLIAM A. LAWRENCE, Respondent, v GERALD MALA- CHOWSKI et al., Defendants, and FEDDERS CORPORATION, Appel- lant. (Appeal No. 12.)

(Ap- peal from Order of Supreme Court, Erie County, Doyle, J.—Sum- mary Judgment.) Present—Boomer, J. P., Pine, Balio, Lawton and Davis, JJ.

MARYLAND CASUALTY COMPANY, as Subrogee of ANGERT AUTO PARTS and Others, Respondent, v GERALD MALACHOWSKI et al., Defendants, and FEDDERS CORPORATION, Appellant. (Ap- peal No. 13.)

(Appeal from Order of Supreme Court, Erie County, Doyle, J.—Summary Judgment.) Present—Boomer, J. P., Pine, Balio, Lawton and Davis, JJ.